DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENSINGTON AUTOMOTIVE GROUP, INC.** and **COLIN GILBERT,**
Appellants,

v.

**SILVER CLOUD NO 1 LLC,**
Appellee.

No. 4D22-2183

[February 2, 2023]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502019CA005231AI.

Elaine D. Walter and Yvette Lavelle of Boyd Richards Parker Colonnelli, Miami, for appellants.

Christian Romaguera of Traub Lieberman Straus & Shrewsberry, LLP, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***